IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY COLE, et al | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | 3:13-CV-02719-O |
| | § | |
| MICHAEL HUNTER, et al | § | |

## ORDER APPROVING SETTLEMENT

**BEFORE THE COURT** is the "*Joint Motion to Approve Settlement Between Plaintiffs and City of Sachse*" (hereinafter "Joint Motion") with the settlement terms including a structured settlement and Qualified Assignment and Release Agreement as set forth in Exhibit 1 and Attachment A to said Joint Motion. After considering the Motion, as well as the Order (ECF Doc. 292) establishing the Ryan C. Cole Special Needs Trust and permitting structured settlement, the Court hereby **ORDERS** as follows:

1. **ORDERED** that Plaintiffs' settlement with Defendant City of Sachse is hereby approved as set forth in Exhibit 1 and the Attachments to Exhibit 1 of the Joint Motion, including Attachment A to said Exhibit 1, which is identified as a "Qualified Assignment and Release Agreement in accordance with Internal Revenue Code Section 130";

2. **ORDERED** that by way of a separate Judgment, Plaintiffs' claims against Defendant the City of Sachse shall be dismissed with prejudice to the right to re-file;

3. **ORDERED** that the Court previously ordered there exists the need for the establishment of a Special Needs Trust for Ryan Cole and that the Ryan C. Cole Special Needs Trust is permissible and it shall be established, and that structured settlement payments are permissible. The Court shall retain jurisdiction over enforcement of this approved settlement, and the Ryan C. Cole Special Needs Trust, as well as structured settlement proceeds benefitting Ryan Cole; and

4. **ORDERED** that the parties bear their own costs, expenses, and attorneys' fees in accordance with the Settlement Agreements reached by the parties.

IT IS SO ORDERED.

Signed on this 12th day of December, 2020.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

APPROVED AS TO FORM:

By:  /s/ Christopher S. Ayres
 CHRISTOPHER S. AYRES
 State Bar No. 24036167
 R. JACK AYRES, JR.
 State Bar No. 01473000
**ATTORNEYS FOR PLAINTIFFS**

APPROVED AS TO FORM:

By:  /s/James T. Jeffrey, Jr.
 JAMES T. JEFFREY, JR.
 State Bar No. 10612300
AND
WILLIAM S. HELFAND, State Bar No. 09388250
NORMAN RAY GILES, State Bar No. 24014084
**ATTORNEYS FOR DEFENDANTS**