IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY COLE, et al | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | 3:13-CV-02719-O |
| | § | |
| MICHAEL HUNTER, et al | § | |

### FINAL JUDGMENT

After a review of the pleadings filed in this matter, including those docketed at ECF Nos. 288, 289, 291, and 293, and specifically the parties' representation that approval of their requests "provides for the issuance of a separate Final Judgment that will dispose of all parties and matters herein," the Court orders as follows:

1. Judgment in this matter is entered in favor of Defendants the City of Sachse, Texas, Michael Hunter, Martin Cassidy, and Carl Carson, and all of Plaintiffs' claims against Defendants the City of Sachse, Texas, Michael Hunter, Martin Cassidy, and Carl Carson are **DISMISSED WITH PREJUDICE**.

2. All costs, including attorneys' fees, are taxed against the party incurring the same.

3. The Court shall retain jurisdiction over enforcement of the approved settlement, and the Ryan C. Cole Special Needs Trust, as well as structured settlement proceeds benefitting Ryan Cole, and those documents are incorporated into this Final Judgment by reference as if fully set forth herein. The Court intends to retain jurisdiction over this matter to the full extent permitted by law.

**Take note: THIS IS A FINAL JUDGMENT.**

Entered this 12th day of December, 2020.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE