IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY COLE, et al | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | 3:13-CV-02719-O |
| | § | |
| MICHAEL HUNTER, et al | § | |

## PLAINTIFFS' ACKNOWLEDGEMENT OF FUNDING OF SETTLEMENT

**Randy Cole and Karen Cole, as Next Friends of Ryan Cole, and Ryan C. Cole** are Plaintiffs in the referenced lawsuit and are familiar with the terms and requirements of the Compromise Settlement Agreement approved by the Court's written "Order Approving Settlement" issued pursuant to Plaintiffs' and the City of Sachse's "*Joint Motion to Approve Settlement Between Plaintiffs and the City of Sachse*" in the above referenced case. **Randy Cole, Karen Cole and Ryan C. Cole** hereby acknowledge by their signatures below that all payments to be made on behalf of the City of Sachse by TMLIRP to all other persons or entities designated pursuant to the aforesaid Court approved Compromise Settlement Agreement have been provided to Plaintiffs or to the Assignee or to all other designated payees required pursuant to the Compromise Settlement Agreement.

SIGNED on this 14th day of DECEMBER, 2020.

_____
RANDY COLE

_____
KAREN COLE

_____
RYAN C. COLE

**ATTACHMENT F**